ent, Impleaded with Another. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES E. SULLIVAN, Appellant, v. W. A. HARRIMAN & Co., INC., and GEORGIAN MANGANESE COMPANY, LTD., Respondents. (Action No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES E. SULLIVAN, Appellant, v. W. A. HARRIMAN & Co., INC., Respondent, Impleaded with Another. (Action No. 3.) — Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

EDWARD DUBIED & COMPANY, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

DANIEL PETIGOR, Respondent, v. MORGAN LITHOGRAPH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and O'Malley, JJ. [135 Misc. 889.]

LEOPOLD D. STERN, Respondent, v. BELLARK REALTY CORPORATION, Appellant, Impleaded with Others.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

NELSON S. SPENCER, Appellant, v. TIMOTHY A. LEARY, as President Justice of the Municipal Court of the City of New York, and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [137 Misc. 124.]

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM GREENBAUM, as Executor, etc., of FERRUCCIO A. VIVANTI, Deceased, as Rendered by Said WILLIAM GREENBAUM, and as Continued by JOSEPH HENLEIN and Others, as Executors, etc., of WILLIAM GREENBAUM, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

STANLEY C. EATON, Respondent, v. BERNARD REICH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of HAROLD TYRRELL, Appellant, against GROVER WHALEN, Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

HARROLDS MOTOR CAR COMPANY, Respondent, v. JOHN CONDON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.